**ORDERED.**

Dated: March 01, 2011

_____
EILEEN W. HOLLOWELL
U.S. Bankruptcy Judge
_____

Thomas T. Tilton-- 003738
TILTON & SOLOT
459 North Granada Avenue
Tucson, Arizona 85701
520-622-4622
520-882-9861 fax
tilton@tiltonandsolot.com
Attorney for Movant

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| SONIA VASQUEZ,<br><br>    Debtor<br>HUGHES FEDERAL CREDIT UNION,<br><br>    Movant,<br><br>v.<br><br>SONIA VASQUEZ, debtor and BETH LANG, in her capacity as trustee only.<br><br>    Respondents. | No. 4:11-bk-03255-EWH<br><br>Chapter 7 Case<br><br>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>*Real property:*<br>**10 W GOLDEN SPUR PLACE<br>ORO VALLEY AZ 85755** |

Upon Movant's Motion for Relief from Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents and Debtor's counsel, if applicable, and all interested parties.

*IT IS HEREBY ORDERED* that all stays and injunctions including the automatic stay imposed by U.S. Bankruptcy Code Section 362(a) are hereby vacated an annulled with respect to this Creditor and that certain real property which is the subject of the Motion and described as:

**10 W GOLDEN SPUR PLACE
ORO VALLEY AZ 85755**

DATED _____

_____
HONORABLE EILEEN W. HOLLOWELL
US BANKRUPTCY COURT

| | |
|---|---|
| 1 | |
| 2 | Copy of the foregoing mailed this ____ day of February 2011, to: |
| 3 | Stephen M. Trezza |
| 4 | Attorney at Law<br>4011 E Broadway #200 |
| 5 | Tucson AZ  85711 |
| 6 | Ms. Beth Lang<br>Chapter 7 Trustee |
| 7 | 1955 W. Grant Road #125<br>Tucson AZ 85745 |
| 8 | |
| 9 | Sonia Vasquez<br>10 W Golden Spur Place<br>Oro Valley AZ 85755 |